IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HELENA M. BRUNDIDGE,

   Plaintiff,

   v.

EARTHLINK, INC.,

   Defendant.

CIVIL ACTION FILE

NO. 1:06-CV-1124-CC-GGB

## **ORDER**

This order recapitulates the oral rulings made by the undersigned in the Status Conference that took place on January 8, 2007.

Defendant's Motion for Sanctions or to Compel Production of Documents [Doc. 20] is **GRANTED in part** and **DENIED in part**. The undersigned's specific rulings are as follows:

1)    Discovery is extended through February 16, 2007;

2)    Plaintiff must respond properly and completely to Defendant's Interrogatories. Plaintiff must file a copy of her responses with the court and must serve a copy on the Defendant on or before Monday, January 22, 2007;

3)    Plaintiff must properly and fully complete her initially disclosures, file a copy with the court, and serve a copy on the Defendant on or before Monday, January 22, 2007;

4) Plaintiff must properly and completely produce to Defendant the discovery documents requested by Defendant on or before Monday, January 22, 2007;

5) Plaintiff must maintain her current cellular phone and voicemail service for the number that she provided during the Status Conference. Plaintiff must respond to messages related to this lawsuit within 24 hours;

6) Plaintiff must retrieve mail sent to her residence within two days of delivery;

7) On or before Monday, January 15, 2007, Plaintiff must either sign a waiver allowing Defendant access to her Internal Revenue Service tax records, or must, after speaking with a legal professional, provide in writing a legitimate legal argument for not doing so;

8) Plaintiff is to be deposed by Defendant on Thursday, February 1, 2007, at 9:30 a.m., at 600 Peachtree Street, Suite 4100, Atlanta, Georgia.

Plaintiff's failure to comply with any of the above may result in dismissal of her lawsuit.

**IT IS SO ORDERED**, this 8th day of January, 2007.

                                            /s/ Gerrilyn G. Brill
                                        GERRILYN G. BRILL
                                        UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)